JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

GARY L. KILBOURN,

         Petitioner

      v.

WARDEN,

         Respondent.

Case No. 2:20-cv-04499-ODW (GJS)

JUDGMENT

      Pursuant to the Court's Order Dismissing This Action Without Prejudice Pursuant to Petitioner's Request,

      IT IS ADJUDGED that the above-captioned case is dismissed without prejudice.

DATED: December 7, 2021

_____
OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE